In the Matter of LOCKPORT HOUSING AUTHORITY et al., Respondents, v. MUNICIPAL CIVIL SERVICE COMMISSION OF THE CITY OF LOCKPORT, Respondent, and NEW YORK STATE DEPARTMENT OF CIVIL SERVICE, Appellant.— Judgment, Supreme Court, Albany County, entered on August 20, 1973, affirmed, with costs. (See *Matter of Abele* v. *Amsterdam Housing Auth.*, 44 A D 2d 632 [decided herewith].) Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Kane, JJ., concur.

In the Matter of DALE B. SHERMAN, Appellant, v. PHILIP KOPACH, as Director of the Cohoes Housing Authority, Respondent.— Appeal dismissed as moot, without costs. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Kane, JJ., concur.